1
2
3
4
5
6
7
8
# United States District Court
9
## Central District of California

10
11
ALEX SLOAN,

12
                Plaintiff,

13
      v.

14
1ST AMERICAN AUTOMOTIVE
SALES TRAINING; TOM ROSS; KIRBY
15
KOOPMAN; and DOES 1–50, inclusive,

16
                Defendants.

Case № 2:16-cv-5341-ODW (SK)

**ORDER TO SHOW CAUSE**

17
/ / /
18
/ / /
19
/ / /
20
/ / /
21
/ / /
22
/ / /
23
/ / /
24
/ / /
25
/ / /
26
/ / /
27
/ / /
28
/ / /

The Court **ORDERS** Plaintiff Alex Sloan to **SHOW CAUSE**, no later than **October 18, 2016**, why the Court should not dismiss Defendants 1st American Automotive Sales Training, Tom Ross, and Kirby Koopman for failure to effect service of process within the Rule 4(m) period.  The Court will discharge this Order upon the filing of a proof of service as to each Defendant.  Failure to timely respond to this Order may result in the dismissal of the foregoing Defendants without further warning from the Court.

**IT IS SO ORDERED.**

September 19, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**